JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.  CV 15-02241-AB (SSx)

Rod Abid

    Plaintiff,

v.

Unum Life Insurance Company of America et al

    Defendants.

ORDER DISMISSING CIVIL ACTION

  THE COURT having been advised by counsel that the above-entitled action has been settled;

  IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 29, 2016    _____
           ANDRÉ BIROTTE JR.
           UNITED STATES DISTRICT COURT JUDGE

1.